MIE 3  
Revised 07/12

Order of the Court to Dismiss Recall Warrant

**UNITED STATES DISTRICT COURT**  
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

       v.

MCGOWAN, Adrain O.                        Crim. No.: 19-CR-20070-01

On 09/05/2019 the Court authorized a petition and warrant for supervised release violation charge(s).

The probation department is recommending that the violation petition be dismissed, and the warrant be recalled. MCGOWAN passed away on April 22, 2021, prior to his violation hearing scheduled for July 8, 2021. As such, the probation department is requesting that supervision be terminated prior to the original termination date of November 8, 2021, bringing a resolution to this case.

Reviewed and Approved:                            Respectfully submitted,

s/Marc Calandra                                    s/Warren L. Henson  
Supervising United States Probation Officer      Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be terminated.

Dated this 14th Day of June, 2021.

                                                      s/Matthew F. Leitman  
                                                      Matthew F. Leitman  
                                                      United States District Court Judge

cc:  U.S. Marshal